## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIONEL EDWARD KEARSE, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-341 Erie |
| v. ) | |
| ) | |
| BUREAU OF PRISONS, et al., ) | |
| Defendants. ) | |

### **MEMORANDUM ORDER**

This civil rights action was received by the Clerk of Court on November 15, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 46], filed on January 9, 2007, recommended that the action be dismissed for failure to prosecute. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. No objections were filed. After de novo review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 30th day of January, 2007;

IT IS HEREBY ORDERED that this action is DISMISSED for failure to prosecute.

The Report and Recommendation [Doc. No. 46] of Magistrate Judge Baxter, filed on January 9, 2007, is adopted as the opinion of the Court.

    s/ Sean J. McLaughlin
    United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge